PROB 12C
(7/93)

**AMENDED**

# United States District Court
## for the
## Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kelin Fermin                                    Case Number: 1:95-00064-002

Name of Sentencing Judicial Officer:    Frederick J. Scullin, Jr. Senior U.S. District Judge

Date of Original Sentence:    4/11/96

Original Offense:    Conspiracy to Possess and Distribute Cocaine Base

Original Sentence:    87 months imprisonment plus 5 years supervised release

Type of Supervision:    Supervised Release        Date Supervision Commenced:

Asst. U.S. Attorney:    Sara Lord             Defense Attorney:    George Baird

---

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **New Criminal Conduct:** On October 4, 2001, Fermin was ordered deported from the United States. On July 24, 2005, the defendant was arrested in the Bronx, New York by New York City Police and charged with Criminal Possession of a Controlled Substance: With Intent to Sell, 5th (D Felony) and Criminal Possession of a Weapon, 3rd (D Felony). Fermin did not obtain permission from the Chief U.S. Probation Officer and the U.S. Attorney General to re-enter this country following his deportation and was subsequently charged with Illegal Re-entry. |
| | On May 8, 2006, Fermin was sentenced in the Southern District of New York to thirty-six (36) months imprisonment plus three (3) years supervised release, subsequent to his guilty plea to Illegal Re-entry. The Criminal Possession of a Weapon and Possession of a Controlled Substance charges have been dismissed. |

Prob 12C -2- Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Kelin Fermin   Case Number:  1:95-CR-00064-002

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [X]    Revoked
    [ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:

    Respectfully submitted,

    PAUL W. DeFELICE
    Chief U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 12, 2006

Approved by:

Christopher V. McNeill   Ronald F. LaCoy
Supervising U.S. Probation Officer   U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Summons
[X]    Other-This amended violation petition supercedes the violation petition executed on 9/14/05. Fermin is currently in federal custody serving a three year imprisonment term.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

Signature of Judicial Officer

6/14/06
Date